IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
9|8|99 PURSUANT

TO FRCP RULES 58 & 79a

1  RUTH L. MARTINEZ, et al.,
       Plaintiffs,

2

3      v.                                    CIVIL NO. 98-1552 (RLA)

4  ESTATE OF FERNANDO LOPEZ,
       Defendants/Third-Party Plaintiffs,

5      v.

6  CARIBBEAN AIRLINES SERV., INC., et al.,
7      Third-Party Defendants.

8  _____

   MARIANA T. TERRITO, et al.,
9      Plaintiffs,

10     v.                                   CIVIL NO. 98-1583 (RLA)

11 CARIBBEAN AIRLINES SERV., INC., et al.,
       Defendants.

12

13 ESTATE OF FERNANDO LOPEZ,
       Defendants/Third-Party Plaintiffs,

14     v.

15 THE CESSNA AIRCRAFT COMPANY, et al.,
       Third-Party Defendants.

16 _____

17

18 **PARTIAL JUDGMENT DISMISSING "FIRST PARTY" CLAIMS**
   **ASSERTED IN THIRD-PARTY COMPLAINTS AGAINST CESSNA AND AVCO**

19     The Court having dismissed certain "first party" claims

20 asserted in third-party complaints filed in these proceedings

21 through its Order issued on this date, it is hereby,

22     ORDERED AND ADJUDGED that Counts **V** and **VII** of the third-party

23 complaint filed by the ESTATE OF FERNANDO LOPEZ and his son in Civ.

24

25

26

AO 72
(Rev 8/82)

CIVIL NO.  98-1552  (RLA)                                                    **Page 2**
CIVIL NO.  98-1583  (RLA)

---

No. **98-1552** on June 8, 1999 (docket No. 28)[1] and Counts **II** and **III** of the third-party complaint filed by the ESTATE OF FERNANDO LOPEZ and his son in Civ. No. 98-1583 on June 24, 1999 (docket No. 32) be and the same are hereby **DISMISSED** insofar as they relate to **CESSNA AIRCRAFT CO.**

It is further ORDERED AND ADJUDGED that Counts **V** and **VII** of the third-party complaint filed by the ESTATE OF FERNANDO LOPEZ and his son in Civ. No. **98-1552** on June 8, 1999 (docket No. 28) and Counts **II** and **III** of the third-party complaint filed by the ESTATE OF FERNANDO LOPEZ and his son in Civ. No. 98-1583 on June 24, 1999 (docket No. 32) be and the same are hereby **DISMISSED** insofar as they relate to **AVCO CORP. incorrectly named as LYCOMING ENGINE CO., LYCOMING ENGINE CORP. and LYCOMING TEXTRON CORP.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 7th day of September, 1999.

_____
RAYMOND L. ACOSTA
United States District Judge

---

[1]  All docket numbers pertain to Civ. No. 98-1552.