UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 13 AM 7:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RUTH L. MARTINEZ, et al.,

V.                          CIVIL NO. 98-1552 (RLA)

ESTATE OF FERNANDO LOPEZ, et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 9/7/99    Docket # 47<br><br>[X] **JAMES M. DERR, ESQ.**<br><br><br>Title: APPLICATION FOR ADMISSION PRO HAC VICE | The appearance of MR. DERR, on behalf of codefendant CESSNA AIRCRAFT CO., INC., is **GRANTED** subject to payment of the $150.00 appearance fee. |

September 9, 1999            RAYMOND L. ACOSTA
     Date                    U.S. District Judge

Rec'd:          EOD:

By: no     # 51

10