IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 15 PM 1: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| RUTH L. MARTINEZ, et al., <br>     Plaintiffs, <br><br> v. <br><br> ESTATE OF FERNANDO LOPEZ, <br>     Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> CARIBBEAN AIRLINES SERV., INC., et al., <br>     Third-Party Defendants. | CIVIL NO. 98-1552 (RLA) |
| MARIANA T. TERRITO, et al., <br>     Plaintiffs, <br><br> v. <br><br> CARIBBEAN AIRLINES SERV., INC., et al., <br>     Defendants. <br><br> ESTATE OF FERNANDO LOPEZ, <br>     Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> THE CESSNA AIRCRAFT COMPANY, et al., <br>     Third-Party Defendants. | CIVIL NO. 98-1583 (RLA) |

## ORDER RESCHEDULING INITIAL SCHEDULING CONFERENCE AND INSTRUCTING PARTIES TO FILE JOINT INITIAL SCHEDULING MEMORANDUM

The Motion for a Continuance of the Initial Scheduling Conference set for January 19, 2000 Due to Calendar Conflict, filed by GREAT AMERICAN INSURANCE COMPANY on November 1, 1999 (docket No. 61) is **GRANTED**.

AO 72
(Rev 8/82)

CIVIL NO.  98-1552  (RLA)                                              Page 2
CIVIL NO.  98-1583  (RLA)

---

Accordingly, the INITIAL SCHEDULING CONFERENCE is hereby rescheduled before the undersigned[1] for **February 11, 2000 at 10:30 a.m.**

The parties shall file the JOINT INITIAL SCHEDULING MEMORANDUM **on or before February 4, 2000.**

Failure to comply with the terms of this Order shall result in the imposition of sanctions including but not limited to the dismissal of the complaint, entry of default and/or sanctions against counsel personally.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12 day of November, 1999.

by

RAYMOND L. ACOSTA
United States District Judge

---

[1] The parties shall contact the undersigned's chambers to verify where the conference will be held.