UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC -8 AM 7: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

RUTH L. MARTINEZ, et al.,

V.

CIVIL NO. 98-1552 (RLA)
CIVIL NO. 98-1583 (RLA)

ESTATE OF FERNANDO LOPEZ, et al.

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/30/99  **Docket # 70**  [X] Defendants/Third-party plaintiff ESTATE OF FERNANDO LOPEZ  **Title:** MOTION ADMITTING LOCAL COUNSEL | NOTED. JORGE BERMUDEZ-TORREGROSA, ESQ. and the firm of CUEVAS, KUINLAM & BERMUDEZ shall appear as local counsel for petitioners.  The Clerk of the Court and all parties to these proceedings shall update their service lists accordingly. |

December 6th, 1999            RAYMOND L. ACOSTA
Date                          U.S. District Judge

Rec'd:          EOD:

By:         # 74