IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RUTH L. MARTINEZ, et al.,<br>    Plaintiffs, | |
| v. | CIVIL NO. 98-1552 (RLA) |
| ESTATE OF FERNANDO LOPEZ,<br>    Defendants/Third-Party Plaintiffs, | |
| v. | |
| CARIBBEAN AIRLINES SERV., INC., et al.,<br>    Third-Party Defendants. | |
| MARIANA T. TERRITO, et al.,<br>    Plaintiffs, | |
| v. | CIVIL NO. 98-1583 (RLA) |
| CARIBBEAN AIRLINES SERV., INC., et al.,<br>    Defendants. | |
| ESTATE OF FERNANDO LOPEZ,<br>    Defendants/Third-Party Plaintiffs, | |
| v. | |
| THE CESSNA AIRCRAFT COMPANY, et al.,<br>    Third-Party Defendants. | |

**ORDER DISMISSING CLAIMS ASSERTED AGAINST
THE ESTATE OF FERNANDO LOPEZ IN CIV. NO. 98-1552 (RLA)
AND FOR PETITIONERS TO SHOW CAUSE REGARDING THIRD-PARTY CLAIMS**

Absent opposition[1] and it appearing that petitioners are entitled to judgment, the Estate of Lopez's Motion for Summary Judgement in Civil No. 98-1552 (RLA)... filed on December 8, 1999 (docket No. 76) is hereby **GRANTED**.[2]

---

[1] See Defendant Estate of Fernando Lopez's Motion Submitting the Dispositive Motion and Requesting Disposition without the Benefit of Opposition... filed on December 8, 1999 (docket No. 75) which is hereby **GRANTED**.

[2] Cessna's Motion Regarding the Estate of Lopez's Motion for Summary Judgment, filed on December 14, 1999 (docket No. 84) is **GRANTED**.

ID thru new system
Dombroff by fax

CIVIL NO. 98-1552 (RLA)  Page 2
CIVIL NO. 98-1583 (RLA)

Accordingly, the claims asserted by plaintiffs RUTH L. MARTINEZ, et al., against defendants the ESTATE OF FERNANDO LOPEZ composed by FERNANDO JOEL LOPEZ, KATHERINE LOPEZ and UNKNOWN DEFENDANTS in **Civ. No. 98-1552 (RLA)**, are hereby **DISMISSED**.

In view of the foregoing, unless petitioners show cause **on or before December 29, 1999**, the claims asserted by the ESTATE OF FERNANDO LOPEZ in the third-party complaint filed in **Civ. No. 98-1552 (RLA)** on June 2, 1999 (docket No. 28) against: (1) CARIBBEAN AIRLINES SERVICES, INC., (2) CARIBBEAN AIR TRANSPORT, (3) CARIBBEAN AIRPORT FACILITIES, (4) GREAT AMERICAN INSURANCE CO., (5) THE CESSNA AIRCRAFT CO., (6) LYCOMING ENGINE CORP., and (7) LYCOMING TEXTRON CORP. shall be dismissed.

This Order shall be notified by **FAX** and mail.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of December, 1999.

_____
RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)