IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RUTH L. MARTINEZ, et al., <br>      Plaintiffs, <br><br> v. <br><br> ESTATE OF FERNANDO LOPEZ, <br>      Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> CARIBBEAN AIRLINES SERV., INC., et al., <br>      Third-Party Defendants. | CIVIL NO. 98-1552 (RLA) |
| MARIANA T. TERRITO, et al., <br>      Plaintiffs, <br><br> v. <br><br> CARIBBEAN AIRLINES SERV., INC., et al., <br>      Defendants. <br><br> ESTATE OF FERNANDO LOPEZ, <br>      Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> THE CESSNA AIRCRAFT COMPANY, et al., <br>      Third-Party Defendants. | CIVIL NO. 98-1583 (RLA) |

### JUDGMENT DISMISSING ALL CLAIMS ASSERTED IN CIV. NO. 98-1552 (RLA)

The Motion for Reconsideration of Order Dismissing Claims, filed by plaintiff in Civ. No. 98-1552 (RLA) on December 21, 1999 (docket No. 87) is **DENIED**.[1]

---

[1] See Cessna's Opposition... filed on December 27, 1999 (docket No. 89); Defendant/Third Party Plaintiff's (Estate of Fernando Lopez) Opposition... filed on December 29, 1999 (docket No. 90); Plaintiffs' Reply... tendered on January 10, 2000 and Cessna's Sur-Reply... tendered on January 13, 2000. Leave to file Plaintiffs' Reply (docket No. 92) and Cessna's Sur-Reply... is **GRANTED**.



AO 72
(Rev 8/82)

CIVIL NO.  98-1552 (RLA)                                                     Page 2
CIVIL NO.  98-1583 (RLA)

---

Accordingly, the claims asserted by plaintiffs RUTH L. MARTINEZ, et al., against defendants the ESTATE OF FERNANDO LOPEZ composed of FERNANDO JOEL LOPEZ, KATHERINE LOPEZ and UNKNOWN DEFENDANTS in **Civ. No. 98-1552 (RLA)**, are hereby **DISMISSED**.

It is further ORDERED that the claims asserted by the ESTATE OF FERNANDO LOPEZ in the third-party complaint filed in **Civ. No. 98-1552 (RLA)** on June 2, 1999 (docket No. 28) against: (1) CARIBBEAN AIRLINES SERVICES, INC., (2) CARIBBEAN AIR TRANSPORT, (3) CARIBBEAN AIRPORT FACILITIES, (4) GREAT AMERICAN INSURANCE CO., (5) THE CESSNA AIRCRAFT CO., (6) LYCOMING ENGINE CORP., and (7) LYCOMING TEXTRON CORP. be and the same are likewise **DISMISSED**.

This Order shall be notified by **FAX** and mail.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31st day of January, 2000.

RAYMOND L. ACOSTA
United States District Judge

---

Plaintiffs' Motion in Regard to the Estate of Fernando Lopez' Opposition to the Plaintiffs' Motion for Reconsideration, filed on January 19, 2000 (docket No. **93**) is **NOTED**. See also Motion Joining Cessna Aircraft's Reply to Opposition of Estate of Lopez, filed on January 7, 2000 (docket No. **91**) and Defendants Caribbean Airlines... Separate Statement of Uncontroverted Facts, filed on January 20, 2000 (docket No. **94**).  Cessna's Motion Regarding the Estate of Lopez' Motion for Summary Judgment, filed on December 14, 1999 (docket No. **84**) is **MOOT**.

AO 72
(Rev 8/82)