IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RUTH L. MARTINEZ, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>ESTATE OF FERNANDO LOPEZ,<br>    Defendants/Third-Party Plaintiffs,<br><br>    v.<br><br>CARIBBEAN AIRLINES SERV., INC., et al.,<br>    Third-Party Defendants. | CIVIL NO. 98-1552 (RLA) |
| MARIANA T. TERRITO, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>CARIBBEAN AIRLINES SERV., INC., et al.,<br>    Defendants.<br><br>ESTATE OF FERNANDO LOPEZ,<br>    Defendants/Third-Party Plaintiffs,<br><br>    v.<br><br>THE CESSNA AIRCRAFT COMPANY, et al.,<br>    Third-Party Defendants. | CIVIL NO. 98-1583 (RLA) |

**ORDER RESCHEDULING INITIAL SCHEDULING CONFERENCE
AND DEADLINE FOR PARTIES TO FILE
JOINT INITIAL SCHEDULING MEMORANDUM
AND CONTINUING PRETRIAL CONFERENCE AND TRIAL**

Given the effects that the the recent dismissal of Civ. No. 98-1552 in its entirety and the disposition of part of the third-party claims in Civ. No. 98-1583 will have on the contents of the Joint Initial Scheduling Memorandum due February 4, 2000 it is hereby ORDERED as follows.

AO 72
(Rev 8/82)

CIVIL NO. 98-1552 (RLA)                                        Page 2
CIVIL NO. 98-1583 (RLA)

The INITIAL SCHEDULING CONFERENCE set for February 11, 2000 is hereby rescheduled for **February 25, 2000 at 10:30 a.m.**[1]

The parties shall file the JOINT INITIAL SCHEDULING MEMORANDUM **on or before February 18, 2000.**

Failure to comply with the terms of this Order shall result in the imposition of sanctions including but not limited to the dismissal of the complaint, entry of default and/or sanctions against counsel personally.

The Pretrial/Settlement Conference set for February 15, 2000 and the Trial scheduled for February 22, 2000 are hereby **CONTINUED.** New dates will be selected at the Initial Scheduling Conference.

The Notice of Decease (sic) of Attorney and Request to Stay of Proceedings, filed on January 26, 2000 (docket No. **96**) is **DENIED.** Attorney CARLOS RAMOS ORTIZ does not appear as counsel in these proceedings.

This Order shall be notified by **FAX** and mail.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31 day of January, 2000.

RAYMOND L. ACOSTA
United States District Judge

---

[1] The parties shall contact the undersigned's chambers to verify where the Conference will be held.