IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RUTH L. MARTINEZ, et al.,<br>    Plaintiffs,<br><br>v.<br><br>ESTATE OF FERNANDO LOPEZ,<br>    Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>CARIBBEAN AIRLINES SERV., INC., et al.,<br>    Third-Party Defendants. | CIVIL NO. 98-1552 (RLA) |
| MARIANA T. TERRITO, et al.,<br>    Plaintiffs,<br><br>v.<br><br>CARIBBEAN AIRLINES SERV., INC., et al.,<br>    Defendants.<br><br>ESTATE OF FERNANDO LOPEZ,<br>    Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>THE CESSNA AIRCRAFT COMPANY, et al.,<br>    Third-Party Defendants. | CIVIL NO. 98-1583 (RLA) |

## ORDER GRANTING CONTINUANCE OF INITIAL SCHEDULING CONFERENCE AND EXTENDING DEADLINE FOR PARTIES TO FILE JOINT INITIAL SCHEDULING MEMORANDUM

The Motion for Continuance... filed by GREAT AMERICAN INSURANCE COMPANY on February 4, 2000 is **GRANTED**.

Accordingly, the INITIAL SCHEDULING CONFERENCE set for February 25, 2000 is hereby rescheduled for **March 16, 2000 at 2:30 p.m.**[1]

---

[1] The parties shall contact the undersigned's chambers to verify where the Conference will be held.

CIVIL NO.  98-1552  (RLA)                                      Page 2
CIVIL NO.  98-1583  (RLA)

---

The parties shall file the JOINT INITIAL SCHEDULING MEMORANDUM on or before **March 8, 2000**.

Failure to comply with the terms of this Order shall result in the imposition of sanctions including but not limited to the dismissal of the complaint, entry of default and/or sanctions against counsel personally.

This Order shall be notified by **FAX** and mail.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8 day of February, 2000.

_____
RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)