IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RUTH L. MARTINEZ, et al., <br>     Plaintiffs, <br><br> v. <br><br> ESTATE OF FERNANDO LOPEZ, <br>     Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> CARIBBEAN AIRLINES SERV., INC., et al., <br>     Third-Party Defendants. | CIVIL NO. 98-1552 (RLA) |
| MARIANA T. TERRITO, et al., <br>     Plaintiffs, <br><br> v. <br><br> CARIBBEAN AIRLINES SERV., INC., et al., <br>     Defendants. <br><br> ESTATE OF FERNANDO LOPEZ, <br>     Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> THE CESSNA AIRCRAFT COMPANY, et al., <br>     Third-Party Defendants. | CIVIL NO. 98-1583 (RLA) |

### ORDER GRANTING FURTHER CONTINUANCE OF ISC REQUESTED BY CARIBBEAN AIRLINES AND CARIBBEAN AIRPORT

The Consent Motion of Defendants Caribbean Airlines Services, Inc. and Caribbean Airport Facilities, filed on February 7, 2000 (docket No. **105**) is **GRANTED**.

AO 72
(Rev 8/82)

CIVIL NO.  98-1552 (RLA)                                              Page 2
CIVIL NO.  98-1583 (RLA)

Accordingly, the INITIAL SCHEDULING CONFERENCE set for March 16, 2000 is hereby rescheduled for **March 29, 2000 at 2:30 p.m.**[1]

The parties shall file the JOINT INITIAL SCHEDULING MEMORANDUM **on or before March 8, 2000.**

Counsel unable to attend shall rely on other counsel to represent him/her at the Conference.

Failure to comply with the terms of this Order shall result in the imposition of sanctions including but not limited to the dismissal of the complaint, entry of default and/or sanctions against counsel personally.

This Order shall be notified by **FAX** and mail.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9 day of February, 2000.

RAYMOND L. ACOSTA
United States District Judge

---

[1] The parties shall contact the undersigned's chambers to verify where the Conference will be held.