IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RUTH L. MARTINEZ, et al.,<br>    Plaintiffs, | |
| v. | CIVIL NO. 98-1552 (RLA) |
| ESTATE OF FERNANDO LOPEZ,<br>    Defendants/Third-Party Plaintiffs, | |
| v. | |
| CARIBBEAN AIRLINES SERV., INC., et al.,<br>    Third-Party Defendants. | |
| MARIANA T. TERRITO, et al.,<br>    Plaintiffs, | |
| v. | CIVIL NO. 98-1583 (RLA) |
| CARIBBEAN AIRLINES SERV., INC., et al.,<br>    Defendants. | |
| ESTATE OF FERNANDO LOPEZ,<br>    Defendants/Third-Party Plaintiffs, | |
| v. | |
| THE CESSNA AIRCRAFT COMPANY, et al.,<br>    Third-Party Defendants. | |

### ORDER TO SHOW CAUSE REGARDING CROSS-CLAIMS AND THIRD-PARTY CLAIMS ASSERTED BY THE ESTATE OF FERNANDO LOPEZ IN CIV. NO. 98-1583 (RLA)

The claims asserted against codefendant the ESTATE OF FERNANDO LOPEZ composed by FERNANDO JOEL LOPEZ and KATHERINE LOPEZ in Civ. No. **98-1583 (RLA)** have been dismissed through the Judgement issued on this date.

In view of the foregoing, unless cause is shown **on or before March 1, 2000** the cross- claims asserted by the ESTATE OF FERNANDO



AO 72
(Rev 8/82)

CIVIL NO. 98-1552 (RLA)  
CIVIL NO. 98-1583 (RLA)    Page 2

LOPEZ as well as the third-party complaint filed in **Civ. No. 98-1583 (RLA)** on February 10, 2000 (docket No. 107) against (1) THE CESSNA AIRCRAFT CO., and (2) AVCO CORP. shall be dismissed.

This Order shall be notified by **FAX** and mail.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this day of February, 2000.

RAYMOND L. ACOSTA  
United States District Judge

AO 72  
(Rev 8/82)