IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RUTH L. MARTINEZ, et al.,<br>    Plaintiffs,<br><br>v.<br><br>ESTATE OF FERNANDO LOPEZ,<br>    Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>CARIBBEAN AIRLINES SERV., INC., et al.,<br>    Third-Party Defendants. | CIVIL NO. 98-1552 (RLA) |
| MARIANA T. TERRITO, et al.,<br>    Plaintiffs,<br><br>v.<br><br>CARIBBEAN AIRLINES SERV., INC., et al.,<br>    Defendants.<br><br>ESTATE OF FERNANDO LOPEZ,<br>    Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>THE CESSNA AIRCRAFT COMPANY, et al.,<br>    Third-Party Defendants. | CIVIL NO. 98-1583 (RLA) |

### PARTIAL JUDGMENT DISMISSING CLAIMS AGAINST CODEFENDANT THE ESTATE OF FERNANDO LOPEZ IN CIV. NO. 98-1583 (RLA)

The Joint Motion Dismissing the Estate of Fernando Lopez without Prejudice Submitted by Plaintiffs and the Estate of Fernando Lopez in Civil No. 98-1583 (RLA), filed on February 16, 2000 is hereby **GRANTED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that claims asserted against the ESTATE OF FERNANDO LOPEZ composed by FERNANDO

AO 72
(Rev 8/82)

CIVIL NO. 98-1552 (RLA)  Page 2
CIVIL NO. 98-1583 (RLA)

JOEL LOPEZ and KATHERINE LOPEZ in Civ. No. **98-1583 (RLA)** be and the same are hereby **DISMISSED** without prejudice

IT IS SO ORDERED.

San Juan, Puerto Rico, this 17th day of February, 2000.

                                    RAYMOND L. ACOSTA
                                    United States District Judge