IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RUTH L. MARTINEZ, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>ESTATE OF FERNANDO LOPEZ,<br>    Defendants/Third-Party Plaintiffs,<br><br>    v.<br><br>CARIBBEAN AIRLINES SERV., INC., et al.,<br>    Third-Party Defendants. | CIVIL NO. 98-1552 (RLA) |
| MARIANA T. TERRITO, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>CARIBBEAN AIRLINES SERV., INC., et al.,<br>    Defendants.<br><br>ESTATE OF FERNANDO LOPEZ,<br>    Defendants/Third-Party Plaintiffs,<br><br>    v.<br><br>THE CESSNA AIRCRAFT COMPANY, et al.,<br>    Third-Party Defendants. | CIVIL NO. 98-1583 (RLA) |

**PARTIAL JUDGMENT DISMISSING CROSS-CLAIMS
AND THIRD-PARTY CLAIMS FILED BY
CODEFENDANT THE ESTATE OF FERNANDO LOPEZ
IN CIV. NO. 98-1583 (RLA)**

The Motion by the Estate of Fernando Lopez to Dismiss... filed on February 29, 2000 (docket No. **113**) is hereby **GRANTED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the cross-claims asserted by the ESTATE OF FERNANDO LOPEZ against codefendants CARIBBEAN AIR TRANSPORT, INC., CARIBBEAN AIRLINE SERVICES, INC., and CARIBBEAN AIRPORT FACILITIES and the third-party claims asserted

CIVIL NO.   98-1552 (RLA)                                    Page 2
CIVIL NO.   98-1583 (RLA)

1  against CESSNA AIRCRAFT COMPANY and AVCO CORPORATION in Civ. No. 98-
2
3  1583 (RLA) be and the same are hereby **DISMISSED** without prejudice
4  IT IS SO ORDERED.
5  San Juan, Puerto Rico, this 2nd day of March, 2000.

                                    RAYMOND L. ACOSTA
                                    United States District Judge

AO 72
(Rev 8/82)