UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR 13 AM 7:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RUTH L. MARTINEZ, et al.
V.
ESTATE OF FERNANDO LOPEZ
V.
CARIBBEAN AIRLINES SERVICES,
INC., et al.

CASE NUMBER: CIVIL 98-1552 (RLA)
CIVIL 98-1583 (RLA)

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 3/8/00   Docket # 116<br>[X] Plffs   [ ] Defts<br>[ ] Other<br><br>Title: Motion Requesting Additional Time to File the Initial Scheduling Conference Memorandum | GRANTED. Joint Initial Scheduling Conference Memorandum shall be filed **on or before March 17, 2000.** |

March 7, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:     EOD:

By: ___   #117